# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Quimba Software, Inc. ) | ASBCA No. 59197 |
| ) | |
| Under Contract Nos. F30602-03-C-0185 ) | |
| FA8740-05-C-0085 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Robert Dourandish
                                 CEO

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                 Carol L. Matsunaga, Esq.
                                   Senior Trial Attorney
                                 Srikanti Schaffner, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Carson, CA

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 26 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59197, Appeal of Quimba Software, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2